**Terry WILLIAMS, Plaintiff,**

v.

**OFFICE OF PERSONNEL MANAGEMENT et al., Defendants.**

13–1584

United States District Court, District of Columbia.

September 26, 2013

Filed October 17, 2013

Terry Williams, Norfolk, VA, pro se.

MEMORANDUM OPINION

ROBERT L. WILKINS, United States District Judge

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis.*  The Court will grant plaintiff's *in forma pauperis* application and will dismiss the case for lack of subject matter jurisdiction. *See* Fed.R.Civ.P. 12(h)(3) (requiring dismissal "at any time" jurisdiction is found wanting).

154

Plaintiff, a resident of Norfolk, Virginia, sues the Office of Personnel Management ("OPM") and the Merit Systems Protection Board ("MSPB"). She seeks judicial review of a final order of the MSPB, affirming OPM's denial of survivor annuity benefits. Compl. at 1. The Civil Service Retirement Act, 5 U.S.C. §§ 8331 *et seq.*, provides the exclusive remedy for adjudicating plaintiff's claim. *Fornaro v. James*, 416 F.3d 63, 66 (D.C.Cir.2005). "That regime provides for adjudication of all claims by OPM, 5 U.S.C. § 8347(b), appeal of adverse decisions by OPM to the MSPB, *id.* § 8347(d)(1), and subsequent review of MSPB decisions in the Federal Circuit, *id.* § 7703(b)(1); 28 U.S.C. § 1295(a)(9)." *Id.* A separate Order of dismissal accompanies this Memorandum Opinion.